# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

| | | |
|---|---|---|
| In re: BATH, KURT E | § | Case No. 12-80442 |
| SCHUMACHER, CHRISTINE M | § | |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that JOSEPH D. OLSEN, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
327 South Church Street, Room #1100
Rockford, IL 61101

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:30am on 12/22/2014 in Courtroom 3100, United States Courthouse, 327 South Court Street, #3100
Rockford, IL 61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Dated : 12/01/2014          By: /s/JOSEPH D. OLSEN
                                                Trustee

JOSEPH D. OLSEN
1318 EAST STATE STREET
ROCKFORD, IL 61104-2228
(815) 965-8635
JOlsenlaw@comcast.net

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | | |
|---|---|---|
| In re: BATH, KURT E | § | Case No. 12-80442 |
| SCHUMACHER, CHRISTINE M | § | |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 48,688.25 |
| *and approved disbursements of* | $ 0.00 |
| *leaving a balance on hand of* [1] | $ 48,688.25 |
| **Balance on hand:** | $ 48,688.25 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | | |
|---|---|---|
| Total to be paid to secured creditors: | $ | 0.00 |
| Remaining balance: | $ | 48,688.25 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - JOSEPH D. OLSEN | 5,618.83 | 0.00 | 5,618.83 |
| Trustee, Expenses - JOSEPH D. OLSEN | 1,244.27 | 0.00 | 1,244.27 |
| Attorney for Trustee, Fees - YALDEN, OLSEN & WILLETTE | 1,675.00 | 0.00 | 1,675.00 |

| | | |
|---|---|---|
| Total to be paid for chapter 7 administration expenses: | $ | 8,538.10 |
| Remaining balance: | $ | 40,150.15 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 40,150.15

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 40,150.15

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 61,608.11 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 65.2 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Discover Bank | 4,293.38 | 0.00 | 2,798.01 |
| 2 | City of Crystal Lake | 162.63 | 0.00 | 105.99 |
| 3 | U.S. Bank, N.A. | 25,573.72 | 0.00 | 16,666.45 |
| 4 | FIA CARD SERVICES, N.A. | 30,026.24 | 0.00 | 19,568.17 |
| 5 | PYOD, LLC its successors and assigns as assignee | 1,552.14 | 0.00 | 1,011.53 |

Total to be paid for timely general unsecured claims: $ 40,150.15
Remaining balance: $ 0.00

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims:   $   0.00
Remaining balance:   $   0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims:   $   0.00
Remaining balance:   $   0.00


Prepared By:   /s/JOSEPH D. OLSEN
                               Trustee

JOSEPH D. OLSEN
1318 EAST STATE STREET
ROCKFORD, IL 61104-2228
(815) 965-8635
JOlsenlaw@comcast.net

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                              Case No. 12-80442-TML
Kurt E Bath                                                         Chapter 7
Christine M Schumacher
        Debtors                      **CERTIFICATE OF NOTICE**

District/off: 0752-3          User: lorsmith              Page 1 of 2              Date Rcvd: Dec 02, 2014
                              Form ID: pdf006             Total Noticed: 25

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 04, 2014.
db           #+Kurt E Bath,    947 Harvest Circle,   Crystal Lake, IL 60014-1608
jdb          #+Christine M Schumacher,    947 Harvest Circle,   Crystal Lake, IL 60014-1608
18470678     ++BANK OF AMERICA,    PO BOX 982238,   EL PASO TX 79998-2238
               (address filed with court:  Bank Of America,    Po Box 982238,   El Paso, TX 79998)
18470688     ++CITIBANK,   PO BOX 790034,    ST LOUIS MO 63179-0034
               (address filed with court:  Home Depot,    PO Box 182676,   Columbus, OH 43218-2676)
18470681     ++CITIBANK,   PO BOX 790034,    ST LOUIS Mo 63179-0034
               (address filed with court:  Citibank Usa,    Citicorp Credit Services/Attn: Centraliz,
                Po Box 20363,    Kansas City, MO 64195)
18737900      +City of Crystal Lake,    Attn: Finance Dept,   100 W Woodstock,    Crystal Lake IL 60014-4262
18470682      +Codilis & Associates,    15W030 North Frontage Road,   Suite 100,    Willowbrook, IL 60527-6921
18470685       Credit Management LP,    ComCast Chicago,   po Box 118288,   Carrollton, TX 75011-8288
18470687      +Harvest Run Phase I & II HOA,    C/O Northwest Property Mgmt,   780 Tek Drive,
                Crystal Lake, IL 60014-8100
18470689      +Hsbc Bank,   Po Box 5253,    Carol Stream, IL 60197-5253
18470690      +Hsbc/bsbuy,   Po Box 5253,    Carol Stream, IL 60197-5253
18470691      +Management Services Inc,    PO Box 1099,   Langhorne, PA 19047-6099
18470693      +North Shore Wellness Center,    606 Academy Drive,   Northbrook, IL 60062-2421
18794779     ++US BANK,   PO BOX 5229,    CINCINNATI OH 45201-5229
               (address filed with court:  U.S. Bank, N.A.,    Bankruptcy Department,   P.O. Box 5229,
                Cincinnati, Ohio 45201-5229)
18470694       Us Bk Rms Cc,    Cb Disputes,   St Louis, MO 63116
18470695       Village of Crystal Lake,    Attn: Water Dpt,   Crystal Lake, IL 60014

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
18470679      +E-mail/Text: cms-bk@cms-collect.com Dec 03 2014 01:21:37      Capital Management,
                726 Exchange Street, Suite 700,    Buffalo, NY 14210-1464
18470680      +E-mail/Text: bankruptcy@arvest.com Dec 03 2014 01:23:02      Central Mortgage Co,
                801 John Barrow Rd, Ste 1,    Little Rock, AR 72205-6511
18470683      +E-mail/Text: ned_fre-bankruptcies@cable.comcast.com Dec 03 2014 01:23:43       ComCast,
                1701 John F. Kennedy Blvd.,    Philadelphia, PA 19103-2899
18470684      +E-mail/Text: legalcollections@comed.com Dec 03 2014 01:24:01      ComEd,   10 S. Dearborn Street,
                48th Floor,   Chicago, IL 60603-2300
18725587       E-mail/PDF: mrdiscen@discoverfinancial.com Dec 03 2014 01:27:26       Discover Bank,
                DB Servicing Corporation,    PO Box 3025,   New Albany, OH 43054-3025
18470686      +E-mail/PDF: mrdiscen@discoverfinancial.com Dec 03 2014 01:27:26       Discover Fin,
                Attention: Bankruptcy Department,    Po Box 3025,   New Albany, OH 43054-3025
18470692      +E-mail/Text: bankrup@aglresources.com Dec 03 2014 01:20:42       Nicor Gas,
                Attention: Bankruptcy Department,    Po Box 190,   Aurora, IL 60507-0190
19070673      +E-mail/PDF: resurgentbknotifications@resurgent.com Dec 03 2014 01:27:57
                PYOD, LLC its successors and assigns as assignee,    of Citibank,   Resurgent Capital Services,
                PO Box 19008,    Greenville, SC 29602-9008
18470696       E-mail/Text: vci.bkcy@vwcredit.com Dec 03 2014 01:22:38      Volkswagon Credit Inc,
                Attention Bankruptcy,    1401 Franklin Blvd,   Libertyville, IL 60048
                                                                                              TOTAL: 9

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
18867427*    ++BANK OF AMERICA,   PO BOX 982238,   EL PASO TX 79998-2238
               (address filed with court:  FIA CARD SERVICES, N.A.,   PO Box 15102,
                Wilmington, DE 19886-5102)
                                                                                  TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 04, 2014                              Signature:  /s/Joseph Speetjens

```
District/off: 0752-3          User: lorsmith              Page 2 of 2              Date Rcvd: Dec 02, 2014
                              Form ID: pdf006             Total Noticed: 25
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 1, 2014 at the address(es) listed below:
          Charles T Newland    on behalf of Debtor Kurt E Bath chuck@cnewlandassociates.com,
           sean@cnewlandassociates.com;laura@cnewlandassociates.com
          Charles T Newland    on behalf of Joint Debtor Christine M Schumacher chuck@cnewlandassociates.com,
           sean@cnewlandassociates.com;laura@cnewlandassociates.com
          Craig A Willette    on behalf of Trustee Joseph D Olsen craigwillette@comcast.net
          Gloria C  Tsotsos    on behalf of Creditor   Central Mortgage Company nd-two@il.cslegal.com
          Joseph D Olsen    Jolsenlaw@comcast.net,  IL46@ECFCBIS.com
          Joseph D Olsen    on behalf of Trustee Joseph D Olsen jolsenlaw@aol.com
          Patrick S Layng    USTPRegion11.MD.ECF@usdoj.gov
                                                                                             TOTAL: 7
```