# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## WESTERN DIVISION

In re: BATH, KURT E § Case No. 12-80442
   SCHUMACHER, CHRISTINE M §
                     §
Debtor(s) §

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

  JOSEPH D. OLSEN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

  1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

  2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $312,293.74      Assets Exempt: $120,384.18
*(without deducting any secured claims)*

Total Distribution to Claimants: $40,150.15    Claims Discharged
                       Without Payment: $47,394.87

Total Expenses of Administration: $8,538.10

---

  3) Total gross receipts of $ 48,688.25 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $48,688.25 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $223,743.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 1,675.00 | 8,538.10 | 8,538.10 | 8,538.10 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 87,576.58 | 61,608.11 | 61,608.11 | 40,150.15 |
| **TOTAL DISBURSEMENTS** | $312,994.58 | $70,146.21 | $70,146.21 | $48,688.25 |

4) This case was originally filed under Chapter 7 on February 10, 2012. The case was pending for 37 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 02/18/2015     By: /s/JOSEPH D. OLSEN
                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Estate of Charlene E. Bath Single Family Residan | 1129-000 | 48,047.43 |
| Advanced costs to the Estate by Trustee | 1280-000 | 640.82 |
| **TOTAL GROSS RECEIPTS** | | **$48,688.25** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Central Mortgage Co | 4110-000 | 223,743.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$223,743.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH D. OLSEN | 2100-000 | N/A | 5,618.83 | 5,618.83 | 5,618.83 |
| JOSEPH D. OLSEN | 2200-000 | N/A | 1,244.27 | 1,244.27 | 1,244.27 |
| YALDEN, OLSEN & WILLETTE | 3110-000 | N/A | 1,675.00 | 1,675.00 | 1,675.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | **$8,538.10** | **$8,538.10** | **$8,538.10** |

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | N/A | | $0.00 | $0.00 | $0.00 |

# EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

# EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Discover Bank | 7100-000 | 4,388.67 | 4,293.38 | 4,293.38 | 2,798.01 |
| 2 | City of Crystal Lake | 7100-000 | 100.00 | 162.63 | 162.63 | 105.99 |
| 3 | U.S. Bank, N.A. | 7100-000 | 25,573.00 | 25,573.72 | 25,573.72 | 16,666.45 |
| 4 | FIA CARD SERVICES, N.A. | 7100-000 | 30,026.00 | 30,026.24 | 30,026.24 | 19,568.17 |
| 5 | PYOD, LLC its successors and assigns as assignee | 7100-000 | 1,552.00 | 1,552.14 | 1,552.14 | 1,011.53 |
| NOTFILED | Hsbc/bsbuy | 7100-000 | 2,155.00 | N/A | N/A | 0.00 |
| NOTFILED | Hsbc Bank | 7100-000 | 11,034.00 | N/A | N/A | 0.00 |
| NOTFILED | North Shore Wellness Center | 7100-000 | 900.00 | N/A | N/A | 0.00 |
| NOTFILED | Nicor Gas | 7100-000 | 420.00 | N/A | N/A | 0.00 |
| NOTFILED | Home Depot | 7100-000 | 1,351.91 | N/A | N/A | 0.00 |
| NOTFILED | Volkswagon Credit Inc | 7100-000 | 9,113.00 | N/A | N/A | 0.00 |
| NOTFILED | ComEd | 7100-000 | 450.00 | N/A | N/A | 0.00 |
| NOTFILED | Harvest Run Phase I & II HOA C/O Northwest Property Mgmt | 7100-000 | 213.00 | N/A | N/A | 0.00 |
| NOTFILED | ComCast | 7100-000 | 300.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | **$87,576.58** | **$61,608.11** | **$61,608.11** | **$40,150.15** |

**UST Form 101-7-TDR (10/1/2010)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 12-80442  
**Case Name:** BATH, KURT E  
SCHUMACHER, CHRISTINE M  
**Period Ending:** 02/18/15

**Trustee:** (330400) JOSEPH D. OLSEN  
**Filed (f) or Converted (c):** 02/10/12 (f)  
**§341(a) Meeting Date:** 03/15/12  
**Claims Bar Date:** 06/28/12

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 2-Story home, Location: 947 Harvest Circle, Crys | 224,400.00 | 0.00 | | 0.00 | FA |
| 2 | Cash | 16.00 | 0.00 | | 0.00 | FA |
| 3 | Checking account with Bank of America | 158.56 | 0.00 | | 0.00 | FA |
| 4 | Saving account with Bank of America | 125.00 | 0.00 | | 0.00 | FA |
| 5 | Usual and necessary household items | 2,100.00 | 0.00 | | 0.00 | FA |
| 6 | Necessary clothing | 850.00 | 0.00 | | 0.00 | FA |
| 7 | Wedding ring set and costume jewelry | 830.00 | 0.00 | | 0.00 | FA |
| 8 | Guns: Century Arms WASR10 AK-47 $70; Marlin Mode | 575.00 | 0.00 | | 0.00 | FA |
| 9 | Life Insurance policy payable on death only - Al | 0.00 | 0.00 | | 0.00 | FA |
| 10 | Life Insurance policy payable on death only- All | 0.00 | 0.00 | | 0.00 | FA |
| 11 | Allstate 401 k Saving Plan | 76,959.18 | 0.00 | | 0.00 | FA |
| 12 | Allstate - Pension | Unknown | 0.00 | | 0.00 | FA |
| 13 | 1994 Harley-Davidson Motorcycle FLSTN in fair co | 1,455.00 | 0.00 | | 0.00 | FA |
| 14 | Snowmobile non-running condition (poor) and Kara | 250.00 | 0.00 | | 0.00 | FA |
| 15 | 2003 Pontiac Grand Prix with 84,000 miles in poo | 4,575.00 | 0.00 | | 0.00 | FA |
| 16 | Estate of Charlene E. Bath Single Family Residan | Unknown | 60,000.00 | | 48,047.43 | FA |
| 17 | Advanced costs to the Estate by Trustee (u) | 634.82 | 634.82 | | 640.82 | FA |
| **17** | **Assets  Totals** (Excluding unknown values) | **$312,928.56** | **$60,634.82** | | **$48,688.25** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**     December 31, 2014          **Current Projected Date Of Final Report (TFR):**     December 1, 2014  (Actual)

# Form 2
## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 12-80442  
**Case Name:** BATH, KURT E  
SCHUMACHER, CHRISTINE M  
**Taxpayer ID #:** **-***4350  
**Period Ending:** 02/18/15  

**Trustee:** JOSEPH D. OLSEN (330400)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******7866 - Checking Account  
**Blanket Bond:** $820,095.60  (per case limit)  
**Separate Bond:** N/A  

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 10/30/14 | {16} | Golden Title Insurance Co. | Estate's 1/3 interest in sale of 1784 Farwell | 1129-000 | 48,047.43 | | 48,047.43 |
| 10/30/14 | {17} | Golden Title Insurance Co. | City of DesPlaines reimbursement for transfer stamps pd by Trustee | 1280-000 | 320.00 | | 48,367.43 |
| 10/30/14 | {17} | Golden Title Insurance Co. | Reimbursement for Village fee & final water bill pd by Trustee | 1280-000 | 320.82 | | 48,688.25 |
| 12/23/14 | 101 | YALDEN, OLSEN & WILLETTE | Dividend paid 100.00% on $1,675.00, Attorney for Trustee Fees (Trustee Firm);  Reference: | 3110-000 | | 1,675.00 | 47,013.25 |
| 12/23/14 | 102 | JOSEPH D. OLSEN | Dividend paid 100.00% on $1,244.27, Trustee Expenses;  Reference: | 2200-000 | | 1,244.27 | 45,768.98 |
| 12/23/14 | 103 | JOSEPH D. OLSEN | Dividend paid 100.00% on $5,618.83, Trustee Compensation;  Reference: | 2100-000 | | 5,618.83 | 40,150.15 |
| 12/23/14 | 104 | Discover Bank | Dividend paid 65.17% on $4,293.38; Claim# 1; Filed: $4,293.38; Reference: | 7100-000 | | 2,798.01 | 37,352.14 |
| 12/23/14 | 105 | City of Crystal Lake | Dividend paid 65.17% on $162.63; Claim# 2; Filed: $162.63; Reference: | 7100-000 | | 105.99 | 37,246.15 |
| 12/23/14 | 106 | U.S. Bank, N.A. | Dividend paid 65.17% on $25,573.72; Claim# 3; Filed: $25,573.72; Reference: | 7100-000 | | 16,666.45 | 20,579.70 |
| 12/23/14 | 107 | FIA CARD SERVICES, N.A. | Dividend paid 65.17% on $30,026.24; Claim# 4; Filed: $30,026.24; Reference: | 7100-000 | | 19,568.17 | 1,011.53 |
| 12/23/14 | 108 | PYOD, LLC its successors and assigns as assignee | Dividend paid 65.17% on $1,552.14; Claim# 5; Filed: $1,552.14; Reference: | 7100-000 | | 1,011.53 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 48,688.25 | 48,688.25 | **$0.00** |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 48,688.25 | 48,688.25 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$48,688.25** | **$48,688.25** | |

Net Receipts :   48,688.25  
Net Estate :   $48,688.25

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| Checking # ******7866 | 48,688.25 | 48,688.25 | 0.00 |
| | **$48,688.25** | **$48,688.25** | **$0.00** |

{} Asset reference(s)

Printed: 02/18/2015 07:49 AM    V.13.21